No. 1107. GREENHOUSE BROS. & FINKELSTEIN, INC. *v.* RECONSTRUCTION FINANCE CORPORATION. April 28, 1947. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Edward Schoeneck* for petitioner. *Acting Solici-*

*tor General Washington* and *John R. Benney* for respondent.